```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. KELLY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00366 AWI
                                )
12              Plaintiff,      ) STIPULATION AND
                                ) ORDER FOR CONTINUANCE
13          v.                  )
                                )
14  KWASI MALVOUX,              )
                                )
15              Defendant.      )
    _____)
16
17       IT IS HEREBY STIPULATED by and between McGregor W. Scott,
18  United States Attorney and Kimberly A. Kelly, Assistant U.S.
19  Attorney and Mike Karagozian, attorney for defendant, that the
20  status conference and the hearing on defendant's motion to
21  suppress that is currently scheduled for May 1, 2006, be
22  continued to May 15, 2006 at 9:00 a.m.
23  Dated: April 26, 2006              Respectfully submitted,
24                                     McGREGOR W. SCOTT
                                       United States Attorney
25
                                  By    /s/ Kathleen A. Servatius
26                                     KATHLEEN A. SERVATIUS
                                       Assistant U.S. Attorney
27  ///
                                       ///
28                                     ///
```

```
Dated: April 26, 2006          /s/ Mike Karagozian
                                  Mike Karagozian
                               Attorney for Defendant
                                   Kwasi Malvoux
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 28, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE