**ORIGINAL**

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
FEB 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 05-CR-0366 AWI |
| Kwasi Malvoux ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kwasi Malvoux_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition of home detention with electronic monitoring be removed and replaced with a condition requiring the defendant to abide by a curfew of 9:00 p.m. to 6:00 a.m., with electronic monitoring.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-1-07         _____  2-1-07
Signature of Defendant    Date           Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   2-1-2007
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   1-31-07
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _2/2/07_
☐ The above modification of conditions of release is *not* ordered.

_____                   2/2/07
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services