UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA
**PRETRIAL SERVICES VIOLATION PETITION**



FILED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

The United States,
 -vs-
Kwasi Malvoux                                   Docket No. 05-CR-0366 AWI

**COMES NOW** Montgomery L. Olson, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Kwasi Malvoux, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, California, on the 12th day of October, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Use of a Communication Facility in Furtherance of a Drug Trafficking Crime

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 12, 2007, the defendant failed to report for substance abuse counseling. On February 26, 2007, the defendant failed to appear for substance abuse counseling. The defendant has a 9:00 p.m. curfew, which was violated by returning late at the as following dates and times: February 5, 2007, 9:19 p.m.; February 6, 2007, 9:21 p.m.; February 7, 2007, 9:26 p.m.; February 8, 2007, 9:19 p.m.; February 9, 2007, 9:35 p.m.; February 10, 2007, 9:23 p.m.; February 11, 2007, 9:27 p.m.; February 12, 2007, 9:32 p.m.; February 13, 2007, 9:08 p.m.; February 14, 2007, 9:11 p.m.; February 15, 2007, 9:16 p.m.; February 16, 2007, 9:20 p.m.; February 17, 2007, 9:28 p.m.; February 18, 2007, 9:18 p.m.; February 19, 2007, 9:23 p.m.; February 20, 2007, 9:31 p.m.; February 21, 2007, 9:23 p.m.; February 22, 2007, 9:21 p.m.; February 23, 2007, 9:25 p.m.; February 24, 2007, 9:26 p.m.; February 25, 2007, 9:25 p.m.; February 26, 2007, 9:29 p.m; February 27, 2007, 9:08 p.m; February 28, 2007, 9:06 p.m; March 1, 2007, 9:18 p.m; March 2, 2007, 9:19 p.m; March 3, 2007, 9:17 p.m; March 4, 2007, 9:07 p.m; March 5, 2007, 9:14 p.m; March, 9:11 p.m.; March 7, 9:04 p.m.; March 8, 9:16 p.m.; March 9, 9:10 p.m.; March 10, 9:20 p.m.; and, March 11, 9:12 p.m.. The defendant failed to report by telephone on a weekly basis on the following dates: February 7, 14, 21, and 28, 2007.

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on Your Honor's calendar for March 13, 2007, at 1:30 p.m., and that Pretrial Services be ordered to notify the defendant and defense counsel of said hearing.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

Montgomery L. Olson
MONTGOMERY L. OLSON
Pretrial Services Officer
DATE: March 12, 2007

## *ORDER*

_____ *The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.*
_____ *The Court hereby orders this ex parte motion and order be sealed.*
_____ *The Court orders a summons be issued with an appearance date of _____.*
__X__ *The Court hereby orders this matter placed on this court's calendar on* March 13, 2007 *, at* 1:30 *am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.*
_____ *The Court orders no action be taken.*

Considered and ordered this 12th day of March, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge
SM SNYDER

MALVOUX, Kwasi
**Pretrial Services Violation Petition - page 2**

You shall be released on a $50,000 property bond secured by equity in property owned by Lakesha Crockett;

You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

You are released to the third party custody of Lakesha Crockett;

You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt; however, medical marijuana, prescribed or not, may not be used;

You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer;

You shall not possess a firearm, destructive device, or other dangerous weapon;

You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and,

You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

ON AUGUST 23, 2006, AT A BOND VIOLATION HEARING, CONDITIONS OF RELEASE WERE AMENDED AS FOLLOWS:

You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used;

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

You shall, in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the electronic monitoring company; and,

You shall participate in the HOME DETENTION component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervision officer; and,

All previously ordered conditions of release not in conflict with this order shall remain in full force and effect.

ON FEBRUARY 2, 2007, CONDITIONS OF RELEASE WERE MODIFIED AS FOLLOWS:

The condition of home detention with electronic monitoring be removed and replaced with a condition requiring the defendant to abide by a curfew of 9:00 p.m., to 6:00 a.m., with electronic monitoring; and,

All previously ordered conditions not in conflict with this order shall remain in full force and effect.