UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case No.: 05 CR 366 AWI** |
| Plaintiff, | ) **Order for Exonerating the Bond** |
| vs. | ) |
| Kwasi Malvoux, | ) |
| Defendant | ) |

This cause come on for consideration upon the Defendant's Motion to Exonerate Case Bond.  The records in the instant action indicate that the conditions of the original appearance bond have been satisfied in accordance with the law and that the bond should be exonerated.  Therefore, it is

**ORDERED:**

The Clerk of the Court shall return all property and/or papers relating to the collateral bail including mortgage deeds, notes, tax receipts, and other documents filed with the Court to secure the release of the Defendant, to the Recipient listed below:

Recipient (Owner):     Ladesha Crockett - Receipt #  100202685

Deed # 2005-0247617

Address of Recipient:  2450 S Rowell Ave. Fresno, CA 93725

The parties are responsible for extinguishing any liens which may have been registered against the collateral bail documents and/or property.

IT IS SO ORDERED.

**Dated:   September 20, 2007**              /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE